# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　Plaintiff,<br>vs.<br>KEITH ROBERT III<br>　　　　　Defendant. | Case No. PO-20-5084<br><br>**ORDER** |

The Defendant filed a Motion to the Court to extend fine payment in the above-entitled matter. The US attorney does not object to this motion. Therefore:

IT IS HEREBY ORDERED that the Defendants payments are extended and due on April 9, 2021.

DATED this the 1st of day of April, 2021.

_____
John Johnston
United States Magistrate Judge